IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **1:07CR412-1** |
| MARKO RUDI, | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF APPEAL

NOW COMES, Marko Rudi, by and through his undersigned counsel, and hereby gives Notice of Appeal, pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, of his final judgment filed on June 30, 2010 and entered by The Honorable N. Carlton Tilley, Jr., United States District Judge, to the United States Court of Appeals for the Fourth Circuit.

The undersigned was retained to represent the defendant through the District Court level and, hereby, gives notice that representation by present counsel is limited solely to give Notice of Appeal and for no other purposes. Further, counsel of record requests that the Court not appoint him as counsel to represent the Defendant in his Appeal as the Defendant intends to use his perceived ineffective assistance of counsel as one of the grounds for appeal.

This the 7th day of July, 2010.

/s/Christopher R. Clifton
Christopher R. Clifton
N.C. Bar No. 21981
Attorney for Appellant
301 N. Main Street, Suite 1200
Winston-Salem, NC 27101
336/725-9428
cclifton@gtc-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | **1:07CR412-1** |
| MARKO RUDI, ) | |
| ) | |
| Defendant ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Mr. Robert M. Hamilton, Assistant United States Attorney.

/s/Christopher R. Clifton
Christopher R. Clifton
N.C. Bar No. 21981
Attorney for Appellant
301 N. Main Street, Suite 1200
Winston-Salem, NC 27101
336/725-9428
cclifton@gtc-law.com