IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARKO RUDI,                       )
                                  )
           Petitioner,             )
                                  )
     v.                            )     1:12CV167
                                  )     1:07CR412-1
UNITED STATES OF AMERICA,          )
                                  )
           Respondent.             )

## JUDGMENT

On February 27, 2012, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a *de novo* review and the Magistrate Judge's Recommendation [Doc. #90] is hereby adopted.

IT IS THEREFORE ORDERED AND ADJUDGED that this action is dismissed *sua sponte* without prejudice to Petitioner filing a corrected motion on the proper § 2255 forms.

This the 24th day of April, 2012

                    /s/   N. Carlton Tilley, Jr.
                    Senior United States District Judge