IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| MARKO RUDI, ) | 1:07CR412-1 |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| FIDELITY WORKPLACE ) | |
| SERVICES, LLC, ) | |
| ) | |
| Garnishee. ) | |

O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on November 9, 2011, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Defendant's motion for hearing [Docket No. 68] is **DENIED**, that Garnishee pay to Plaintiff the Defendant's interest in a Rockwell Automation Salaried Plan with a balance of $7,219.74 as of October 11, 2010, Defendant's interest in the Triangle Institute Plan account with a balance of

$30,784.74 as of October 11, 2010, and Defendant's interest in account number XXX-XX0847 with a balance of $15.48 as of October 18, 2010.

This the 9th day of October, 2012.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge